JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **G & G Closed Circuit Events, LLC**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Parisa Etezadi, et al.,**<br><br>**Defendants.** | **CASE NO. CV 26-6609-GW-AYPx**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PARISA ETEZADI AND GAME CHANGER SPORTS CANTINA, LLC** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media and Defendants Parisa Etezadi and Game Changer Sports Cantina, LLC that the above-entitled action is hereby dismissed ***with prejudice*** against Partisa Etezadi, individually and d/b/a Game Changer Brewhouse, and Game Changer Sports Cantina, LLC, an unknown business entity d/b/a Game Changer Brewhouse, ***and the action, it its entirety***.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: November 24, 2026

George H. Wu

HON. GEORGE H. WU,
United States District Judge